AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

663851

District of Hawaii

2007 JUL 30 PM 1:00

U.S. MARSHALS SERVICE
HONOLULU, HI.

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 02-00239DAE-01 |

LEO C. VENTURA

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST LEO C. VENTURA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 02 2007

at 10 o'clock and 10 min. ___ M.
SUE BEITIA, CLERK

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | JULY 30, 2007 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL WARRANT     By: David Alan Ezra, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at 96-1160 KAMANI ST PAHALA, HI.

| Date Received 7-30-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 8-1-07 | RUSSELL NAKASATO DUSM | |