# MINUTES

CASE NUMBER:      CR 02-00239DAE

CASE NAME:        USA v. Leo C. Ventura

ATTYS FOR PLA:    Darren W.K. Ching

ATTYS FOR DEFT:   Stuart N. Fujioka

INTERPRETER:

---

JUDGE:    Barry M. Kurren        REPORTER:    C6F

DATE:     08/07/2007             TIME:        2:34 - 2:37

---

COURT ACTION:  EP: Probable Cause Hearing - deft present in custody.  Court finds probable cause.  Order to Show Cause Why Supervised Release Should Not be Revoked is set for 8/13/07 @ 2:15 p.m., DAE.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager