# MINUTES

CASE NUMBER:      CR NO. 02-00239DAE

CASE NAME:        United States of America Vs. Leo C. Ventura

ATTYS FOR PLA:    Darren W. K. Ching and Probation Officer-Kevin Teruya

ATTYS FOR DEFT:   Stuart N. Fujioka

INTERPRETER:

JUDGE:    David Alan Ezra          REPORTER:    Cynthia Fazio

DATE:     08/13/2007               TIME:        1:58pm-2:20pm

COURT ACTION:  EP: Order to Show Cause Why Supervised Release should not be Revoked-Defendant present in Custody.

Defendant admits to the alleged violations of Supervised Release No.s'- 1, 2, 3, 4 and 5 as stated in the Request for Course of Action filed on 7/30/2007.

Court hereby finds that the Defendant did violate Conditions of Supervised Release and hereby Revokes the Defendant's Supervised Release.

Defendant addresses the Court.

Sentence-

Imprisonment-24 Months

Mittimus Forthwith.

Court Recommendation-1. FDC-Honolulu, Hawaii
                     2. Mental Health Treatment

No Further Supervised Release will be imposed.

Defendant advised of his right to Appeal.

Submitted by Leslie L. Sai, Courtroom Manager