# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 27 2007

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **LEO C. VENTURA** | Criminal Number: 1:02CR00239-001 |
| (Defendant's Name) | USM Number: 89487-022 |
| | Stuart N. Fujioka, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of condition(s)  General Condition, Special Condition No. 1 and Standard Condition No. 11  of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  **1443**

Defendant's Residence Address:
**P O. Box 656**
**Pahala, HI 96777**

Defendant's Mailing Address:
**P O. Box 656**
**Pahala, HI 96777**

August 13, 2007
Date of Imposition of Sentence

_____
Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

AUG 2 7 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

| | | |
|---|---|---|
| CASE NUMBER: | 1:02CR00239-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | LEO C. VENTURA | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Offender engaged in conduct constituting prohibited ownership/possession of a firearm | 7/17/2007 |
| 2 | Offender engaged in conduct constituting terroristic threatening in the first degree | 7/17/2007 |
| 3 | Offender engaged in conduct constituting terroristic threatening in the first degree | 7/17/2007 |
| 4 | Offender engaged in conduct constituting place to keep a firearm | 7/17/2007 |
| 5 | Offender failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer | 7/23/2007 |

AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:02CR00239-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | LEO C. VENTURA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 MONTHS

[✔] The court makes the following recommendations to the Bureau of Prisons:
1. FDC-Honolulu, Hawaii
2. Mental Health Treatment

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal